S93G0813. ESSEX INSURANCE COMPANY v. GEORGIA BAPTIST CHILDREN'S HOME & FAMILY MINISTRIES, INC.
(435 SE2d 445)

HUNT, Presiding Justice.

After plenary consideration of this matter, it is found not to satisfy the criteria for the grant of certiorari and the writ is therefore vacated.

*All the Justices concur.*

DECIDED OCTOBER 4, 1993 —
RECONSIDERATION DENIED OCTOBER 22, 1993.

*Alston & Bird, Gerald L. Mize, Jr., Lori G. Cohen,* for appellant.

*Glover & Davis, J. Littleton Glover, Jr., R. Keith Prater,* for appellee.